### Garrit Bogert v. David Bancroft.

WILLIAMS moved in this cause, on a notice signed by himself, "for A. B." the attorney.

*W. P. Van Ness* excepted to the signature, as not being that of the attorney himself.

*Williams* in reply. He is in embarrassed circum- <span>Aug. Term, 1805.</span> stances, and could not be found. But independent of this, the signature is sufficient. Stipulations sign- ed by counsel alone, have been held good :* so *Wilcox v. Woodhull.* his subscription to a case made at a circuit, is sufficient.

*Per Curiam.* Under the circumstances of this case, we think the signature sufficient. But we do not by this mean to say, that subjoining the name of a counsel in the cause, is, in these incidental pro- ceedings, adequate to that of the attorney. We rather think it is not.